respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

WERBELOVSKY v. SEGAL et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Jacob H. Werbelovsky against Rachel Segal, Samuel Samowitz, and Morris Schnitman. No opinion. Judgment affirmed by default, with costs.

---

WHITE v. WHITE. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Louisa B. White against Henry White. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 137 App. Div. 948, 124 N. Y. Supp. 1133.

---

WHITE, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Elmer S. White against Rose B. White.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., dissents as to allowance of counsel fee.

---

WIEBALK, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Emma D. Wiebalk, as administratrix, etc., of Claus H. Wiebalk, deceased, against the City of New York.

PER CURIAM. Judgment and interlocutory orders of the Municipal Court reversed, with costs, on the ground that the orders of interpleader were unauthorized under section 187 of the Municipal Court act (Laws 1902, c. 580); the action not being on a contract, or to recover a chattel.

---

WIEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Adolph W. Wien against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

THOMAS, J., dissents.

---

In re WILCOX et al. (Supreme Court, Appellate Division, First Department, May Term, 1911.) In the matter of William R. Wilcox and others. No opinion. Motion to dismiss appeal granted, unless appellant prepare and file the proper number of cases within the time to be fixed in the order. Memorandum per curiam. Settle order on notice.

---

In re WILCOX et al. (Supreme Court, Appellate Division, First Department, May Term, 1911.) In the matter of William R. Wilcox and others. No opinion. Motion to dismiss appeal granted, unless appellant prepare and file the proper number of cases within the time to be fixed in the order. Memorandum per curiam. Settle order on notice.

---

WILLEY, Respondent v. POMARS, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action by John Henry Willey against Julius Pomars.

PER CURIAM. Motion denied. The affidavits attempting to excuse the default are unsatisfactory, no excuse is given for the long delay in settling the case, and the provisions of the rule adopted by this court in October, 1910, requiring a statement of the questions of law and fact involved in the appeal, and showing that the appeal is a meritorious one, have not been complied with.

---

WILLEY, Respondent, v. POMARS, Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Action by John Henry Willey against Julius Pomars. No opinion. Motion denied, without costs. See, also, supra.

---

In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) In the matter of Jennie Perkins Williams, an alleged incompetent person. (Appeal No. 1.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

---

In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) In the matter of Jennie Perkins Williams, an alleged incompetent person. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements to the respondents Sandford and Franklin Trust Company, payable out of the estate of the incompetent. See, also, 130 N. Y. Supp. 1135; supra.

---

WILLIAMS, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Jane E. Williams against the City of New York and another. No opinion. Judgment and order unanimously affirmed, with costs.

---

WILNER v. STATE BANK. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Samuel Wilner against the State Bank. No opinion. Application denied, with $10 costs. Order signed.

---

WILSON v. CENTRAL INS. CO., Limited. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by James Wilson against the Central Insurance Company, Limited. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 122